IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 94-10002C; 94-10003C; 94-10005C; 94-10006C; 94-10007C; 94-10008C; 94-10010C; 94-10020C; 94-10030C; & 94-10040C

(Filed: November 29, 2006)

CLAREMONT VILLAGE COMMONS, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

In the Order of May 23, 2006, the pre-trial conference in this case was scheduled for February 19, 2007, at 9:30 a.m. By agreement of the parties and as discussed during a status conference in a related case held on November 28, 2006, the pre-trial conference shall be rescheduled for February 26, 2007, at 9:30 a.m at the National Courts Building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge