IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 94-10002C; 94-10003C; 94-10005C; 94-10006C; 94-10007C; 94-10008C; 94-10010C; 94-10020C; 94-10030C; & 94-10040C

(Filed: December 4, 2006)

CLAREMONT VILLAGE COMMONS, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

In the Order of May 23, 2006, the trial was erroneously scheduled to begin on Saturday, March 3, 2007, rather than Monday, March 5, 2007. The trial shall be rescheduled for March 5-16, 2007, commencing at 9:30 a.m each day at the National Courts Building.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge