IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CLAIMEMONT VILLAGE COMMONS, *et al*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 94- 10002C; 94-10003C; 94-10005C; |
| v. | ) | 94-10006C; 94-10007C; 94-10008; |
| | ) | 94-10010C; 94-10020C; 94-10030C; |
| UNITED STATES, | ) | 94-1 0040C (consolidated) |
| | ) | Judge Lettow |
| Defendant. | ) | |
| | ) | |

**JOINT STATUS REPORT**

The parties hereby submit this Joint Status Report, requesting a change in the expert discovery schedule set by this Court in its May 23, 2006 Scheduling Order. This modified schedule is necessary to accommodate the parties' experts' schedules as well as other issues that have arisen with regard to expert discovery. In this Report, the parties jointly propose the following revised schedule for the remaining expert discovery to be conducted in this matter.

| **Event** | **Date** |
|---|---|
| Plaintiffs depose Dr. Hamm | December 19, 2006 |
| Plaintiffs depose Mr. Kenneth Malek | December 20, 2006 |
| Plaintiffs depose Mr. Crosson | December 22, 2006 |
| Plaintiffs' rebuttal expert report(s) due | January 5, 2007 |
| Defendant deposes Dr. Richard B. Peiser with regard to his rebuttal report(s) | January 19, 2007 |

Respectfully submitted,

s/ Peter D. Keisler___
Assistant Attorney General
Peter D. Keisler

s/ David M. Cohen _
David M. Cohen
Director

s/ Kenneth M. Dintzer__
Kenneth M. Dintzer
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Rm 8012
Washington, D.C. 20530
Tel: (202) 307-0282

Attorneys for Defendant

s/ Everett C. Johnson
Everett C. Johnson, Jr.
LATHAM & WATKINS LLP
555 11th St., NW
Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200

Attorneys for Plaintiffs

December 18, 2006