IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 94-10002C; 94-10003C; 94-10005C; 94-10006C; 94-10007C; 94-10008C; 94-10010C; 94-10020C; 94-10030C; & 94-10040C

(Filed: December 22, 2006)

CLAREMONT VILLAGE COMMONS, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

SCHEDULING ORDER

The Court acknowledges receipt of the parties' Joint Status Report ("JSR"), filed December 18, 2006. In the JSR, the parties request that the court modify the expert discovery schedule set forth in the Order of May 23, 2006. For good cause shown, the court adopts the following plan and schedule for expert discovery in this case:

| Activity | Deadline |
|---|---|
| Plaintiffs depose Dr. Hamm | December 19, 2006 |
| Plaintiffs depose Mr. Kenneth Malek | December 20, 2006 |
| Plaintiffs depose Mr. Crosson | December 22, 2006 |
| Plaintiffs' rebuttal expert report(s) due | January 5, 2007 |
| Defendant deposes Dr. Richard B. Peiser with regard to his rebuttal report(s) | January 19, 2007 |

All other aspects of the scheduling order issued May 23, 2006, and modified on November 29, 2006, and December 4, 2006, shall remain in effect.

It is so ORDERED.

s/ Charles F. Lettow
Judge