IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 94-10002C; 94-10003C; 94-10005C; 94-10006C; 94-10007C; 94-10008C; 94-10010C; 94-10020C; 94-10030C; & 94-10040C

(Filed: January 16, 2007)

CLAREMONT VILLAGE COMMONS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

A status conference shall be held by telephonic means on January 19, 2007, at 2:00 p.m. EST. The court will initiate the call.

It is so ORDERED.

s/ Charles F. Lettow
Judge