**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CLAREMONT VILLAGE COMMONS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | Nos. 94-10002C; 94-10003C;<br>94-10005C; 94-10007C; 94-10008C;<br>94-10010C; 94-10020C; 94-10030C;<br>94-10040C (consolidated)<br>Judge Charles F. Lettow |

**DEFENDANT'S WITNESS LIST**

Pursuant to the Court's May 23, 2006 order, and paragraph 15(a) of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), defendant submits the following list of witnesses. This list does not contain witnesses that the defendant may choose to use for impeachment. See RCFC App. A ¶ 15(a). Defendant reserves the right to amend this list as described in the Court's rules. Defendant also reserves the right to call all witnesses listed on plaintiff's witness list.

**I. Defendant expects to call the following witnesses at trial:**

**1. Steve Crosson, MAI**
Crosson Dannis, Inc.
Campbell Centre II
8150 North Central Expressway, Suite 950
Dallas, TX

Mr. Crosson has over 20 years of experience as a real estate appraiser. He is a Member of the Appraisal Institute ("MAI"). Mr. Crosson has substantial experience appraising real estate properties and conducting real estate appraisal reviews in California and throughout the country. The Government has retained Mr. Crosson to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the proper

methods of appraisal; the results of his appraisal of the plaintiffs' properties; the assumptions and conclusions of the plaintiffs' witnesses; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, raised during his deposition, or in response to testimony provided by plaintiffs' witnesses. In addition, as the plaintiffs continue to name or identify witnesses, Mr. Crosson may testify concerning topics that rebut or address the new or supplemented reports or opinions.

**2. Dr. William Hamm**
LECG, Managing Director
2000 Powell Street
Emeryville, CA 94608

Dr. Hamm is an economics analysis expert. Dr. Hamm has significant experience with public housing, multifamily housing, and financial institutions. The Government has retained Dr. Hamm to provide expert analyses and testimony. His testimony is expected to include his background, experience, and qualifications; multifamily housing (both conventional and subsidized); the investment backed expectations of the plaintiffs; the extent of any economic impact of the Title II and Title VI upon the plaintiffs; the assumptions and conclusions of plaintiffs' witnesses; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, raised during his deposition, or in response to testimony provided by plaintiffs' witnesses. In addition, as the plaintiffs continue to name or identify witnesses, Dr. Hamm may testify concerning topics that rebut or address the new or supplemented reports or opinions.

**3.** **<u>Mr. Kenneth J. Malek, CPA, CIRA</u>**
Grant Thornton
175 West Jackson Boulevard #20
Chicago, IL 60604

Mr. Malek is currently employed by Grant Thornton LLP, and has 29 years of financial consulting and public accounting experience. He is a Certified Public Accountant and Certified Insolvency and Restructuring Advisor. Mr. Malek has significant experience with addressing corporate and partnership transactions and structuring of transactions to maximize income tax benefits, including advising clients regarding the tax benefits of investing in low-income housing. The Government has retained Mr. Malek to provide expert analyses and testimony. His testimony is expected to include his background, experience and qualifications; the investment backed expectations of the plaintiffs, including the tax benefits derived from investing in a low-income multifamily housing project; the assumptions and conclusions of the plaintiffs' witnesses; facts and opinions that tend to contradict those assumptions and conclusions; and any matters contained in his expert report, raised during his deposition, or in response to testimony provided by plaintiff's witnesses.

**4.** **<u>Ms. Anna Ortega</u>**
Assistant Director
Rent Stabilization Division
City of Los Angeles
1200 W. Seventh Street
Los Angeles, CA 90017

Ms. Ortega is the assistant director of the City of Los Angeles' Rent Stabilization Division. She will testify as to her professional background in the Rent Stabilization Division. Her testimony will provide a general history and explanation of the Los Angeles Rent

Stabilization Ordinance ("LARSO"). She will additionally testify as to the implication of LARSO on plaintiffs' properties.

**5. Mr. Thomas M. Vitek**
Senior Financial Analyst
U.S. Department of Housing and Urban Development
600 Harrison Street
San Francisco, CA 94107

Mr. Vitek is a Senior Financial Analyst in HUD's San Francisco office. Mr. Vitek has been a HUD employee since 1978 and has had various roles and responsibilities relating to Title II and Title VI. Mr. Vitek is expected to testify about the nature of HUD multifamily subsidy and insurance programs including sections 8, 221, 236; the policies and practices relating to HUD's subsidy and insurance programs; the general investment backed expectations of participants in HUD's subsidy and insurance programs; all aspects of Title II and Title VI, including HUD's policies and practices regarding preservation; the nature, cost, and benefits of the various options available to subsidy and insurance program participants pursuant to Title II and Title VI; the economic impact Title II and Title VI had upon participants in HUD's subsidy and insurance programs; and interaction and correspondence with the plaintiffs.

**II. Defendant may call the following witnesses at trial:**

**1. Mr. Warren L. Breslow**
Partner/Treasurer
G & K Management Company
Los Angeles, CA

Mr. Breslow is a partner at G & K Management, and serves as the company's treasurer. He is expected to testify as to the plaintiffs' investment backed expectations; the economic impact Title II and Title VI had upon the plaintiffs; the conditions under which the plaintiffs

would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to the plaintiffs pursuant to Title II and Title VI; G & K Management's relationship with HUD; plaintiffs' relations with the limited partners and efforts to value and acquire limited partner shares and the rights flowing from those shares; the sale of the plaintiff properties; and the inner-workings of the management of G & K.

**2.** **<u>Mr. Michael E. Drandell, CPA</u>**
Vice President/Controller
G & K Management Company
Los Angeles, CA

Mr. Drandell is the vice president and controller of G & K Management. He is expected to testify about the plaintiffs' investment backed expectations; the economic impact Title II and Title VI had upon the plaintiffs; the conditions under which the plaintiffs would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to the plaintiffs pursuant to Title II and Title VI; manner in which plaintiffs maintained their documents and specifics of their production; plaintiffs' interaction with limited partners; efforts to value and acquire limited partner shares and the rights flowing from those shares; all aspects of the sale of the plaintiff properties; G & K Management's relationship with HUD; the inner-workings of the management of G & K; and plaintiffs' dealings with related entities.

3. **<u>Ms. Carole Glodney</u>**
President
G & K Management Company
Los Angeles, CA

Ms. Glodney is the president of G & K Management, which services plaintiffs' properties. She is expected to testify about the economic impact Title II and Title VI had upon the plaintiffs; the conditions under which the plaintiffs would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; plaintiffs' interaction with limited partners; efforts to value and acquire limited partner shares and the rights flowing from those shares; all aspects of the plaintiffs' participation in POA program and use agreements; the costs and benefits of the various options available to the plaintiffs pursuant to Title II and Title VI; G & K Management's relationship with HUD; the inner-workings of the management of G & K; and plaintiffs' dealings with related entities.

4. **<u>Mr. Jona Goldrich</u>**
General Partner
Los Angeles, CA

Mr. Goldrich is a general partner of each of the partnerships which have brought suit in this matter. He is expected to testify about the plaintiffs' investment backed expectations; the economic impact Title II and Title VI had upon the plaintiffs; the conditions under which the plaintiffs would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to the plaintiffs pursuant to Title II and Title VI; plaintiffs' interaction with limited partners; efforts to value and acquire limited partner shares

and the rights flowing from those shares; G & K Management's relationship with HUD; and the inner-workings of the management of G & K.

**5.** **Mr. Robert Hirsch**
General Partner
Los Angeles, CA

Mr. Hirsch is a general partner of each of the partnerships which have brought suit in this matter. He is expected to testify about the plaintiffs' investment backed expectations; the economic impact Title II and Title VI had upon the plaintiffs; the conditions under which the plaintiffs would have pre-paid their mortgages; the costs and benefits of participating in a HUD insurance or subsidy program; the nature of HUD's actions pursuant to Title II and Title VI; the costs and benefits of the various options available to the plaintiffs pursuant to Title II and Title VI; G & K Management's relationship with HUD; the condition of the plaintiffs' properties; plaintiffs' interaction with limited partners; efforts to value and acquire limited partner shares and the rights flowing from those shares; the sale of the plaintiff properties; the inner-workings of the management of G & K; and plaintiffs' dealings with related entities.

**6.** **Mr. Fred Matthews**
Department of Housing and Urban Development
Los Angeles, CA
213-534-2640

Mr. Matthews is a senior project manager for the United States Department of Housing and Urban Development in Los Angeles, California. Mr. Matthews is expected to testify about the availability of buyers and the consummation of sales in southern California pursuant to Title VI.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director
DAVID A. HARRINGTON
KENNETH D. WOODROW
TIMOTHY P. McILMAIL
SEAN DUNN
MICHAEL AUSTIN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
(202) 514-7300

February 15, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 15th day of February, 2007, a copy of "DEFENDANT'S WITNESS LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kenneth M. Dintzer