**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CLAREMONT VILLAGE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 94- 10002C; 94-10003C; 94-** |
| **v.** | ) | **10005C; 94-10006C; 94-10007C; 94-** |
| | ) | **10008; 94-10010C; 94-10020C; 94-** |
| **UNITED STATES,** | ) | **10030C; 94-10040C (consolidated)** |
| | ) | **Judge Lettow** |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFFS' WITNESS LIST**

Claremont Village Commons, Covina West Apartments, Del Vista Village, DeSoto Gardens Apartments, Kittridge Gardens I, Kittridge Gardens II, Oxford Park Apartments, Parthenia Townhouses, Pioneer Gardens Apartments, and Puente Park Apartments ("Plaintiffs") hereby submit the following list of witnesses they expect to call at trial. This list does not include witnesses Plaintiffs may call on rebuttal. Nor does it include the government's witnesses, any of whom Plaintiffs reserve the right to call at trial.

Plaintiffs expect to call the following witnesses at trial:

1. Dr. Richard Peiser
   Harvard Design School
   48 Quincy Street
   Cambridge, MA 02138
   (617) 495-9558

Dr. Peiser will opine on economic harm (including economic impact and just compensation damages) suffered by Plaintiffs as well as respond to and opine on the opinions of the government's experts, Dr. Hamm, Mr. Malek and Mr. Crosson.

Plaintiffs expect direct examination of Dr. Peiser to take 15 hours.

2. Carole Glodney
   G&K Management Co., Inc
   5150 Overland Avenue
   Culver City, CA 90230
   (310) 204-2050

Ms. Glodney will testify concerning the day-to-day management of the properties owned by Plaintiffs (the "Properties"), including G&K Management Co. Inc.'s numerous dealings with the Department of Housing and Urban Development ("HUD") on behalf of the Properties, and

issues relating to the economic losses suffered by Plaintiffs. Ms. Glodney will also provide information concerning past, current and projected future HUD or HUD-induced restrictions on the Properties as well as information concerning the past and current status of each Plaintiff partnership and property, including but not limited to issues relating to prepayment, Title II and Title VI incentives, and the Plan of Action processing. Ms. Glodney will also testify concerning the Section 8 certificate program and the Los Angeles Rent Stabilization Ordinance.

Plaintiffs expect direct examination of Ms. Glodney to take 6 hours.

3. Warren Breslow
Goldrich & Kest Industries
5150 Overland Avenue
Culver City, CA 90230
(310) 204-2050

Mr. Breslow will provide information concerning the management and finances of Plaintiffs as well as issues relating to the development of the Properties and prepayment.

Plaintiffs expect direct examination of Mr. Breslow to take 2 hours.

4. Jona Goldrich
Goldrich & Kest Industries
5150 Overland Avenue
Culver City, CA 90230
(310) 204-2050

Mr. Goldrich will provide information concerning general partnership and financing issues relating to Plaintiffs. Mr. Goldrich will also provide information concerning the decision to develop the Properties and the general partners' investments therein, as well as Plaintiffs' dealings with HUD.

Plaintiffs expect direct examination of Mr. Goldrich to take 2 hours.

5. Robert Hirsch
3370 Judilee Drive
Encino, CA 91436
(818) 730-1818

Mr. Hirsch will testify concerning general partnership and financing issues relating to Plaintiffs. Mr. Hirsh will also provide information concerning the decision to develop the Properties and the general partners' investments therein, as well as Plaintiffs' dealings with HUD.

Plaintiffs expect direct examination of Mr. Hirsch to take 2 hours.

6. Michael Winiarski
U.S. Department of Housing and Urban Development
451 7th St., S.W.
Washington, D.C. 20410
(202) 708-0826

Mr. Winiarski will provide information concerning the Section 8 program and HUD's policies with regard to the negotiation of Section 8 contracts.

Plaintiffs expect direct examination of Mr. Winiarski to take 30 minutes.

Plaintiffs may call the following witnesses at trial:

1. Michael Drandell
G&K Management Co., Inc.
5150 Overland Avenue
Culver City, CA 90230
(310) 204-2050

Mr. Drandell will provide information concerning Plaintiffs' finances.

Plaintiffs expect direct examination of Mr. Drandell to take 1 hour.

DATED: February 15, 2007

By s/ Everett C. Johnson, Jr.
Everett C. Johnson, Jr.
LATHAM & WATKINS
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Plaintiffs