**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAREMONT VILLAGE COMMONS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 94-10002C; 94-10003C; |
| | ) | 94-10005C; 94-10006C; 94-10007C; |
| v. | ) | 94-10008C; 94-10010C; 94-10020C; |
| | ) | 94-0030C; 94-10040C |
| | | (consolidated) |
| THE UNITED STATES, | ) | |
| | ) | Judge Charles F. Lettow |
| Defendant. | ) | |

**JOINT STIPULATIONS OF PRE-TRIAL AND TRIAL PROCEDURES**

1. All documents produced are presumed authentic other than handwritten notes, which will be deemed authentic if supported by appropriate testimony, either from deposition or at trial. Documents produced are all documents produced by the parties in discovery and documents identified on a party's trial exhibit list. The presumption of authenticity may be rebutted by appropriate evidence.

2. Handwritten notes include documents that are entirely handwritten and handwritten marginalia on typed or printed documents. Handwritten notes may be authenticated in any manner permitted by the Federal Rules of Evidence.

3. If a witness, listed in any party's witness list, is necessary to support or negate the admissibility of a document to which an objection has been made, any party may call or recall, as the case may be, that witness to testify concerning the factual foundation relating to the admissibility of that document.

4. In addition to service under RCFC 5, any notice or document required to be served upon an opposing party under these stipulations shall be served by hand or facsimile no later than 9:00 p.m. EST on the date it is due, provided notice is given. During trial, the parties will provide telephone numbers where documents can be served and received by facsimile. In such circumstances, the parties also agree that copies of any notice or document served by facsimile during trial will also be served by hand on the day following its transmission by facsimile. Nothing in this paragraph shall shorten the times for serving demonstrative exhibits specified in paragraph 5. For purposes of service upon an opposing party, the following information shall be used:

Laura N. Perkins
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Tele: (202) 637-2200
Fax: (202) 637-2201
Attorneys for the Claremont Village Commons Plaintiffs

Kenneth M. Dintzer
U.S. Department of Justice
Commercial Litigation Branch
1100 L St., NW, Room
Washington, DC 20005
Tele: 202-616-0385
Fax: 202-307-0972
Attorneys for the United States

5. A party shall serve by hand two copies of each demonstrative exhibit it intends to use with respect to a witness no later than 24 hours before the witness is scheduled to take the stand. If a demonstrative exhibit is served after business hours, it may be served by facsimile rather than hand delivery, but the party will hand deliver two copies of the demonstrative the following morning. For purposes of this stipulation, demonstratives do not include: copies of pages from exhibits or proposed exhibits, copies of trial transcripts, and bullet point argument summaries to be used in opening statements, closing arguments, or with expert witnesses. For purposes of this stipulation, demonstratives do include bullet points with numerical data or calculations.

6. A party need not provide a synopsis or statement of significance for its exhibits, as required by RCFC Appendix A, unless the party intends to introduce more than 1,000 exhibits.

7. The parties will exchange exhibits and updated exhibit lists on February 26, 2007. The parties shall not change the numbering on existing exhibits. Additions may be made to a party's final exhibit list after the beginning of trial without cause, but the additions must be made in good faith and served on the opposing party at least 48 hours before the document is used. This agreement does not address documents presented to opposing counsel with less than 24 hours notice.

8. Each party may move at trial to introduce into evidence exhibits from their list, or the list of the other party. A party does not waive objections to the introduction of an exhibit by the other party by listing it.

9. On or before the Friday preceding the following trial week, the parties shall notify the other party of the names of the witnesses it expects to testify during the following trial week, together with the order in which the witnesses are expected to testify and the anticipated duration for each examination, and the anticipated date upon which the party plans to close their presentation of evidence. Each party shall promptly notify the other parties of any unexpected changes in the order of witnesses, or anticipated closing date.

10. Exhibit Lists and Hard Copies

(A) <u>Claremont Village Commons</u> Plaintiffs' exhibits are to be numbered PX__ through PX___;

(B) defendant's exhibits are to be numbered DX__ through DX___.

11. The parties waive the requirement that leave be sought to serve subpoenas under the circumstances set forth in RCFC 45(b)(2), provided a party shall inform the opposing party of the names of witnesses that it intends to subpoena no later than February 26, 2007.

12. Nothing in this stipulation shall be construed as an agreement concerning the admissibility of any document at trial, or an agreement concerning the applicability of any Rule of Evidence other than the Rules governing authenticity of documents.

13. All outstanding objections not expressly waived herein are reserved for trial.

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ David A. Harrington

KENNETH M. DINTZER
Assistant Director
DAVID A. HARRINGTON
KENNETH D. WOODROW
TIMOTHY P. McILMAIL
SEAN DUNN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0385

February 26, 2007

Attorneys for Defendant

s/ Everett C. Johnson, Jr.

EVERETT C. JOHNSON, JR.
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, D.C. 20004-1304
Tele: (202) 637-2200

Attorneys for the Claremont Village Commons Plaintiffs

February 26, 2007