**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAREMONT VILLAGE COMMONS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | No. 94-10002C; 94-10003C; |
| | ) | 94-10005C; 94-10006C; 94-10007C; |
| v. | ) | 94-10008C; 94-10010C; 94-10020C; |
| | ) | 94-0030C; 94-10040C |
| | | (consolidated) |
| THE UNITED STATES, | ) | |
| | ) | Judge Charles F. Lettow |
| Defendant. | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO SERVE TRIAL SUBPOENA**

Pursuant to Rule 45(b)(2) of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully seeks leave to serve a trial subpoena upon Anna Ortega, who resides more than 100 miles from the place of trial in this matter.

Ms. Ortega is the Assistant Director of the City of Los Angeles' Rent Stabilization Division. She is expected to give testimony about the general history and application of the Los Angeles Rent Stabilization Ordinance ("LARSO") and, additionally, the effect of LARSO upon the plaintiffs' properties.

Because five of the plaintiffs' properties are located in the City of Los Angeles, and because LARSO applies to these properties, Ms. Ortega's testimony is necessary to analyze the as-applied, regulatory takings asserted in this action. Accordingly, the United States respectfully requests leave to serve a subpoena upon Ms. Ortega to secure her attendance at trial.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin

BRIAN M. SIMKIN
Assistant Director

s/ David A. Harrington

KENNETH M. DINTZER
Assistant Director
DAVID A. HARRINGTON
KENNETH D. WOODROW
TIMOTHY P. McILMAIL
SEAN DUNN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 616-0385

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 27th day of February, 2007, a copy of "DEFENDANT'S MOTION FOR LEAVE TO SERVE TRIAL SUBPOENA" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David A. Harrington