IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 94-10002C; 94-10003C; 94-10005C; 94-10006C; 94-10007C; 94-10008C; 94-10010C; 94-10020C; 94-10030C; & 94-10040C

(Filed: February 28, 2007)

| | |
|---|---|
| CLAREMONT VILLAGE COMMONS, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is the government's Motion for Leave to Serve Trial Subpoena, filed February 27, 2007. The government seeks leave of court pursuant to Rule 45(b)(2) of the Rules of the Court of Federal Claims to serve a trial subpoena on Anna Ortega, who resides more than 100 miles from the place of the trial in this case, Washington, D.C.

For good cause shown, the government's motion is GRANTED.

It is so ORDERED.

s/ Charles F. Lettow
Judge