`

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CLAREMONT VILLAGE COMMONS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Nos. 94-10002C; 94-10003C;<br>94-10005C; 94-10007C; 94-10008C;<br>94-10010C; 94-10020C; 94-10030C;<br>94-10040C (consolidated)<br>Judge Charles F. Lettow |

**DEFENDANT'S REVISED EXHIBIT LIST**

Pursuant to the Court's May 23, 2006 order, and paragraph 16 of Appendix A of the Rules of the Court of Federal Claims ("RCFC"), defendant respectfully submits the attached revised list of exhibits. The defendant's exhibit list does not contain exhibits which the defendant may choose to use (1) for impeachment or (2) to refresh a witness's memory. See RCFC Appendix A ¶ 16. Defendant reserves the right to amend this list as described in the Court's rules and as defendant receives additional documents being produced by the plaintiffs. Defendant also reserves the right to rely upon all documents listed in plaintiffs' exhibits.

Respectfully submitted,

Assistant Attorney General
PETER D. KEISLER

JEANNE E. DAVIDSON
Acting Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s Kenneth M. Dintzer
KENNETH M. DINTZER
Assistant Director
DAVID A. HARRINGTON
KENNETH D. WOODROW
TIMOTHY P. McILMAIL
SEAN DUNN
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282

March 7, 2007

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 7th day of March, 2007, a copy of "DEFENDANT'S REVISED EXHIBIT LIST" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Brian-Eric Henderson