**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CLAREMONT VILLAGE, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **No. 94- 10002C; 94-10003C; 94-** |
| **v.** | ) | **10005C; 94-10006C; 94-10007C; 94-** |
| | ) | **10008; 94-10010C; 94-10020C; 94-** |
| **UNITED STATES,** | ) | **10030C; 94-10040C (consolidated)** |
| | ) | **Judge Lettow** |
| **Defendant.** | ) | |
| | ) | |

**PLAINTIFFS' FIFTH AMENDED EXHIBIT LIST**

Plaintiffs expect to introduce at trial the exhibits listed on Attachment A.

DATED: March 12, 2007

By s/ Everett C. Johnson, Jr.
Everett C. Johnson, Jr.
LATHAM & WATKINS
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Plaintiffs