PX- 1, 2, 3A, 3, 4, 5, 6, 7, 8A, 8, 9, 10, 11, 12, 13, 14, 16, 18, 19, 27, 28, 29, 30, 31, 32A, 32, 35, 39, 50, 51, 52, 53-58, 98-106, 115, 130, 131, 132, 133, 134, 135-145, 148-205, 217, 219, 220, 223, 224B, 225A, 227, 228A, 229, 231, 238A, 240, 246, 247, 248, 250, 251, 254, 255, 256, 257, 260, 262B, , 266, 267, 268, 270A, 274, 275, 284, 286, 287, 305, 309, 314, 315, 317, 318, 319, 321 - 358, 359A - 359, 359, 361, 362A - 362N, 362-374, 375A, 375, 376-401, 409, 410, 411, 412, 415, 416, 417, 418, , 422, 423A, 423, 452, 453, 454, 455A, 455, 456, 457-463, 465, 467, 469, 471, 472, 472A, -D, 494, 497, 498, 543, 552, 563, 599, 615, 617, 619, 621, 622, 632, 630, 631, 634

PDX- 1-10

DX - 7E, 7F, 7I, 7J, 12A, 13B, 20, 24C, 30B, 33A, 44A, 44C, 45B, 47B, 56, 57, 61, 70B, 88D, 92A, 94, 97, 98, 99, 103, 105, 107, 115, 117, 119B, 124B, 130, 150, 152, 160A, 170, 174A, 18 185C, 188A, 190, 193, 217, 228, 236, 253, 256, 287, 294, 298, 315B, 322, 345, 400, 401, 402, 403B, 403C, 404, 405, 406, 407, 408, 409, 410, 420, 426, 493, 494

DDX 1-4, 603-605, 607-616, 618, 619, 621-630, 633, 634, 637-653, 655, 657, 658, 659-665, 668-680, 682, 683, 686-693, 695, 696, 700, 703, 704-709