IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 94-10002C; 94-10003C; 94-10005C; 94-10006C; 94-10007C; 94-10008C; 94-10010C; 94-10020C; 94-10030C; & 94-10040C

(Filed: October 26, 2007)

CLAREMONT VILLAGE COMMONS, *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Giving consideration to the status conference held in this case on October 25, 2007, and the recent decision in *Cienega Gardens v. United States*, __ F.3d __, 2007 WL 2778687 (Fed. Cir. Sept. 25, 2007) ("*Cienega X*"), the record in this case is reopened.

The nature of the future proceedings in this case will be determined after final disposition of the pending appellate proceedings involving *Cienega X*. Within 21 days after the conclusion of those appellate proceedings, the parties are requested to file a joint status report indicating whether the parties believe further evidence should be taken at trial or whether supplemental briefing would suffice to prepare this case for resolution by the court.

It is so ORDERED.

s/ Charles F. Lettow
Judge